**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GARY ROBIN** | **CIVIL ACTION** |
| **versus** | **NO. 2:17-cv-01539** |
| **WEEKS MARINE, INC. and ABC INSURANCE CO.** | **SECTION " " ( )** |
| | **JUDGE** |
| | **MAGISTRATE JUDGE** |

**DEFENDANT WEEKS MARINE, INC.'S NOTICE OF REMOVAL**

**NOW INTO COURT,** through undersigned counsel, comes Defendant Weeks Marine, Inc., who files its *Notice of Removal* pursuant to 28 U.S.C.A. § 1441(a) *et seq.*, on the grounds of diversity of citizenship, 28 U.S.C.A. 1332(a)(1), and in support thereof shows as follows:

1. Plaintiff Gary Robin filed suit against Defendant Weeks Marine, Inc. on January 17, 2017 in the 25th Judicial District Court for the Parish of Plaquemines, State of Louisiana. *See the certified copy of State Court pleadings, attached as exhibit 1.*

2. Defendant Weeks Marine, Inc. was served with Plaintiff's *Petition for Damages* on January 24, 2017. *Affidavit of Thomas F. Langan at ¶ 8.*

3. Pursuant to Louisiana Code of Civil Procedure article 893(A)(1), "No specific monetary amount of damages shall be included in the allegations or prayer for relief of any original, amended, or incidental demand." LSA-C.C.P. art. 893(A)(1).

4. *Defendant Weeks Marine, Inc.'s Notice of Removal* is being filed within thirty (30) days of service of the Plaintiff's *Petition for Damages* on Defendant Weeks Marine, Inc., per the requirements of 28 U.S.C.A. § 1446(b).

5. Plaintiff is a resident of the Parish of St. Bernard, per the allegations contained in Plaintiff's *Petition for Damages*. *Ex. 1.*

6. Defendant Weeks Marine, Inc. is a corporation duly existing under and by virtue of the laws of the State of New Jersey. *Affidavit of Thomas F. Langan at ¶ 6.*

7. The majority of Defendant Weeks Marine, Inc.'s corporate officers work at Weeks Marine, Inc.'s office located at 4 Commerce Drive, 2nd Floor, Cranford, New Jersey. *Affidavit of Thomas F. Langan at ¶ 7.*

8. Defendant Weeks Marine, Inc. has satellite offices in 5 different states and in various provinces in Canada. *Affidavit of Thomas F. Langan at ¶ 9.*

9. In Louisiana, Defendant Weeks Marine, Inc. operates 3 satellite offices. *Affidavit of Thomas F. Langan at ¶ 10.*

10. All of Defendant Weeks Marine, Inc.'s satellite offices, in any state, are directed and controlled by personnel at Weeks Marine, Inc.'s corporate headquarters located at 4 Commerce Drive, 2nd Floor, Cranford, New Jersey. *Affidavit of Thomas F. Langan at ¶ 11.*

11. Section 1332(c)(1) provides that a corporation is a citizen of both its state of incorporation and the state of its principal place of business for purposes of diversity jurisdiction. 28 U.S.C.A. § 1332(c)(1); *Teal Energy USA v. GT, Inc.*, 369 F.3d 873, 875 (5th Cir. 2004).

12. The Fifth Circuit applies the total activity test to determine a corporation's principal place of business. *Id.* at 876.

13. The test requires the consideration of two focal points: the location of the corporation's nerve center and its place of activities. *Id.*

14. The totality of the facts must be examined, including the corporation's organization and the nature of its activities, to determine which of these focal points predominates. *Id.*

15. Generally, when considering a corporation whose operations are far flung, the sole nerve center of that corporation is more significant in determining its principal place of business. *Id.*

16. Based on Defendant Weeks Marine's organizational structure, its several offices and operations across the country, and its nerve center being located at 4 Commerce Drive, 2nd Floor, Cranford, New Jersey, Defendant Weeks Marine, Inc.'s principal place of business is located at 4 Commerce Drive, 2nd Floor, Cranford, New Jersey.

17. Defendant Weeks Marine, Inc. is a citizen of the State of New Jersey, as to both its state of incorporation and the state of its principal place of business.

18. Counsel for Plaintiff has represented that Plaintiff's damages exceed the sum or value of $75,000.00. *See e-mail dated February 3, 2017, from Dan Robin to Matthew Popp, attached as Exhibit 2.*

19. Based on the categories of damages alleged by Plaintiff, the amount in controversy in this case exceeds the sum or value of $75,000.00. *Affidavit of Thomas F. Langan at ¶ 12.*

20. The John Doe defendant identified as ABC Insurance Company is properly represented by three insurance companies: XL Specialty Insurance Company, Zurich American Insurance Company, and New York Marine General Insurance Company. *Affidavit of Thomas F. Langan at ¶ 13.*

21. Per publicly available resources, including but not limited to the Louisiana Secretary of State website, none of the three insurance companies, not XL Specialty Insurance Company, not Zurich American Insurance Company, and not New York General Insurance Company, are incorporated or have their principal place of business located in Louisiana.

22. Assuming XL Specialty Insurance Company, Zurich American Insurance Company, and/or New York General Insurance Company are added as defendants to the instant litigation, diversity of citizenship will remain between Plaintiff and all currently named and unnamed Defendants.

23. All prerequisites required for removal under diversity of citizenship have been satisfied.

**WHEREFORE,** based on the foregoing, Defendant Weeks Marine, Inc. respectfully requests that the above-captioned action now pending against it in the 25th Judicial District Court, Parish of Plaquemines, State of Louisiana, be removed to this Court.

Respectfully submitted on February 23, 2017.

WAITS, EMMETT, POPP & TEICH, L.L.C.

s/Matthew F. Popp
MATTHEW F. POPP (24608)
RANDOLPH J. WAITS (13157)
JOHN F. EMMETT (4261)
JORDAN N. TEICH (32254)
MARK A. HILL (33891)
1515 Poydras Street, Suite 1950
New Orleans, Louisiana 70112
Telephone: (504) 581-1301
Facsimile: (504) 585-1796
E-mail: mpopp@wep-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that to the best of my knowledge all counsel of record consent to and participate in receiving electronic notification from the CM/ECF system, and that the Clerk of the Court for the Eastern District of Louisiana, using the CM/ECF system, will electronically send notification of the filing of this pleading to all counsel of record.

s/Matthew F. Popp