**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GARY ROBIN,**<br>**Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-1539** |
| **WEEKS MARINE, INC.,**<br>**Defendant** | **SECTION: "E" (1)** |

**JURY VERDICT FORM**

**QUESTION NO. 1:** Do you find by a preponderance of the evidence that Weeks Marine was negligent on April 27, 2016?

YES ✓ NO ___________

If your answer to Question No. 1 is "Yes," go to Question No. 2.

If your answer to Question No. 1 is "No," answer no further questions, have the Foreperson sign the verdict form, and inform the Judge that you have reached a verdict.

**QUESTION NO. 2:** Do you find that Weeks Marine's negligence was a legal cause of the injuries sustained by Gary Robin?

YES ✓ NO ___________

If your answer to Question No. 2 is "Yes," go to Question No. 3.

If your answer to Question No. 2 is "No," answer no further questions, have the Foreperson sign the verdict form, and inform the Judge that you have reached a verdict.

**QUESTION NO. 3:** Do you find by a preponderance of the evidence that Gary Robin was negligent on April 27, 2016?

YES ✓ NO_____________

If your answer to Question No. 3 is "Yes," go to Question No. 4.

If your answer to Question No. 3 is "No," go to Question No. 6.

**QUESTION NO. 4:** Do you find that Gary Robin's negligence on April 27, 2016 was a legal cause of his own injuries?

YES ✓ NO_____________

If your answer to Question No. 4 is "Yes," go to Question No. 5.

If your answer to Question No. 4 is "No," go to Question No. 6.

**QUESTION NO. 5:** What percentage of negligence do you attribute to each of the following parties?

| | |
|---|---|
| Weeks Marine | 40 % |
| Gary Robin | 60 % |
| Total | 100% |

Go to Question No. 6.

**QUESTION NO. 6:** State the amount of damages, in dollars, which you find will fairly compensate Gary Robin for his injuries?

a. Past medical expenses $ 142,500

b. Future medical expenses $ 42,800

c. Property damages $ 1,900

d. Past physical and mental pain and suffering and loss of enjoyment of life $ 10,000

e. Future physical and mental pain and suffering and loss of enjoyment of life $ 42,800

**Please sign and date this form and return to the courtroom.**

11/29/18
Date

[redacted]