**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GARY ROBIN,**<br>**Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-1539** |
| **WEEKS MARINE, INC., ET AL.,**<br>**Defendants** | **SECTION: "E" (1)** |

**JUDGMENT**

Considering the Jury's Verdict returned on November 29, 2018;

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Plaintiff Gary Robin and against Defendant Weeks Marine, Inc., in the amount of $96,000.00.

**New Orleans, Louisiana, this 30th day of November, 2018.**

Susie Morgan

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**